AO 10
Rev. 1/2010

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2009

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>ROBERTS, VICTORIA A. | 2. Court or Organization<br><br>EASTERN DISTRICT OF MICHIGAN | 3. Date of Report<br><br>05/24/2010 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. DISTRICT JUDGE | 5a. Report Type (check appropriate type)<br><br>☐ Nomination, Date<br>☐ Initial ☑ Annual ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2009<br>to<br>12/31/2009 |
| 7. Chambers or Office Address<br><br>UNITED STATES DISTRICT COURT<br>231 W. LAFAYETTE BLVD ROOM 123<br>DETROIT, MI. 48226 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ _____ _____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

DISCLOSURE OFFICE 2010 JUN -2 A 11:02 RECEIVED



COPY

Roberts, Victoria A.

| Name of Person Reporting | Date of Report |
|---|---|
| ROBERTS, VICTORIA A. | 05/24/2010 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2009 | UNIVERSITY OF MICHIGAN PAYROLL OFFICE - SALARY | $17,304.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *— transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp 25 27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Lawyers Without Borders | 07/20/2009 to 08/02/2009 | Nairobi, Kenya | Activity of a Civic Org. | Transportation, visa entry fee, food and gratuity |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROBERTS, VICTORIA A. | 05/24/2010 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROBERTS, VICTORIA A. | 05/24/2010 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. SIMONE ROAD, L.L.C, Wayne County MI | C | Rent | K | W | | | | | |
| 2. JUDY CIRCLE, L.L.C., Wayne County MI | B | Rent | K | W | | | | | |
| 3. FAIRVIEW DRIVE, L.L.C., Wayne County MI | C | Rent | K | W | | | | | |
| 4. DOVER ROAD, L.L.C, Wayne County MI | C | Rent | K | W | | | | | |
| 5. BURGER ROAD, L.L.C, Wayne County MI | C | Rent | K | W | | | | | |
| 6. DEARBORN HEIGHTS, L.L.C, Wayne County MI | B | Rent | K | W | | | | | |
| 7. PALMER ROAD, L.I..C, Wayne County MI | B | Rent | K | W | | | | | |
| 8. KNOLSON ROAD, L.L.C, Wayne County MI | A | Rent | K | W | | | | | |
| 9. JP MORGAN I.R.A. - JANUS FUND | A | Dividend | K | T | | | | | |
| 10. JP MORGAN I.R.A. - JANUS TWENTY FUND | A | Dividend | K | T | Buy (add'l) | 12/22/09 | J | | |
| 11. JP MORGAN I.R.A. - JANUS VENTURE FUND | A | Dividend | K | T | | | | | |
| 12. JP MORGAN I.R.A. - AIM CONSTELLATION FUND | A | Dividend | K | T | Buy (add'l) | 12/22/09 | J | | |
| 13. I.R.A. - BANK OF AMERICA - CD'S | A | Interest | K | T | | | | | |
| 14. JP MORGAN CHASE - SAVINGS | A | Interest | L | T | | | | | |
| 15. JP MORGAN - JANUS FUND | A | Dividend | J | T | | | | | |
| 16. JP MORGAN - JANUS TWENTY FUND | A | Dividend | K | T | | | | | |
| 17. JP MORGAN - JANUS VENTURE FUND | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROBERTS, VICTORIA A. | 05/24/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. DAIMLER AG - COMMON STOCK | A | Dividend | J | T | | | | | |
| 19. ANN ARBOR TRAIL ASSOC., L.L.C., Wayne County MI | C | Rent | K | W | | | | | |
| 20. MORGAN STANLEY SMITH BARNEY I.R.A. | B | Dividend | M | T | | | | | |
| 21. -AIM CHARTER FUND | | | | | Buy (add'l) | 12/11/09 | J | | |
| 22. -AIM CONSTELLATION FUND CLASS A | | | | | Buy (add'l) | 12/15/09 | J | | |
| 23. -AIM INTERNATIONAL GROWTH FUND CLASS A | | | | | Buy (add'l) | 12/11/09 | J | | |
| 24. -JOHN HANCOCK SMALL CAP GROWTH FD A | | | | | | | | | |
| 25. -MFS GROWTH FUND CLASS A | | | | | | | | | |
| 26. -FRANKLIN MUTUAL SHARES FUND CLASS A | | | | | Buy (add'l) | 12/23/09 | J | | |
| 27. -SMALLCAP WORLD FUND CLASS A | | | | | Buy (add'l) | 12/29/09 | J | | |
| 28. -TEMPLETON DEVELOPING MARKETS TRUST CLASS A | | | | | Buy (add'l) | 12/18/09 | J | | |
| 29. -WASHINGTON MUTUAL INVESTORS FUND CLASS A | | | | | Buy (add'l) | 12/21/09 | J | | |
| 30. -WESTERN ASSET MONEY MARKET FUND | | | | | | | | | |
| 31. JP MORGAN CHASE - CHECKING | A | Interest | J | T | | | | | |
| 32. AMERICAN INTERNATIONAL GROUP, INC. - COMMON STOCK | A | Dividend | J | T | | | | | |
| 33. RENTAL HOUSE - DETROIT, MI. | A | Rent | M | W | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROBERTS, VICTORIA A. | 05/24/2010 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

I. POSITIONS - GEMB PARTNERSHIP IS NO LONGER IN OPERATION AS OF DECEMBER 31, 2009.

II. AGREEMENTS - GEMB PARTNERSHIP IS NO LONGER IN OPERATION AS OF DECEMBER 31, 2009.

| Name of Person Reporting | Date of Report |
|---|---|
| ROBERTS, VICTORIA A. | 05/24/2010 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signatu

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544